470 A.2d 1025

Commonwealth v. Cannon, Appellant.

Submitted July 27, 1983. H. Larner, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.